FILED
CLERK, U.S. DISTRICT COURT
JUL 10 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PAUL LEE GARREN, | ) | NO. CV 07-2401-R(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| M. C. KRAMER, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this Petition is denied and dismissed with prejudice.

DATED: July 10, 2008.

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE